Justin L. Ward, Esq.    (State Bar No. 225363)
THE WARD FIRM
2121 Natomas Crossing Drive, Suite 200-389
Sacramento, CA 95834
Office (916) 443-2474
Facsimile (916) 209-8628
Email: thewardfirmca@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J.M.J., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.A.M., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.J.M., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem CLARISSA FRAZIER; ANGELA MANDEVILLE, an individual, KIMBERLY WRIGHT, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF LINCOLN, a municipal corporation; CITY OF ROCKLIN, a municipal corporation; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY OF LINCOLN and/or the CITY OF ROCKLIN; and DOES 26-50, inclusive, individually and in their official capacity as employees for the Lincoln Police Department and/or the Rocklin Police Department,<br><br>        Defendants. | **Case No.: 2:22-cv-01167-KJM-DB**<br><br>**ORDER RE APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF D.J.M.** |

THE COURT FINDS that it is reasonable and necessary to appoint a Guardian Ad Litem for minor D.J.M., as requested.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that CLAIRESSA FRAZIER is here by appointed as the Guardian Ad Litem for minor D.J.M. for the reasons set forth in his Guardian Ad Litem application.

DATED: August 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE