1  Justin L. Ward, Esq.   (State Bar No. 225363)
   THE WARD FIRM
2  2121 Natomas Crossing Drive, Suite 200-389
   Sacramento, CA 95834
3  Office (916) 443-2474
   Facsimile (916) 209-8628
4  Email: thewardfirmca@gmail.com

5

6  Attorney for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 | D.J.M.J., Successor-in-Interest to Decedent            | **Case No.: 2:22-cv-01167-KJM-DB**
   | DAVID JAMES MANDEVILLE, SR., by and
11 | through his Guardian Ad Litem ANGELA
   | MANDEVILLE; D.A.M., Successor-in-Interest
12 | to Decedent DAVID JAMES MANDEVILLE,                    | **ORDER RE APPOINTMENT OF**
   | SR., by and through his Guardian Ad Litem              | **GUARDIAN AD LITEM FOR**
13 | ANGELA MANDEVILLE; D.J.M., Successor-                  | **PLAINTIFF D.A.M.**
   | in-Interest to Decedent DAVID JAMES
14 | MANDEVILLE, SR., by and through his
   | Guardian Ad Litem CLARISSA FRAZIER;
15 | ANGELA MANDEVILLE, an individual,
   | KIMBERLY WRIGHT, an individual,
16
17             Plaintiffs,

18 vs.

19

20 CITY OF LINCOLN, a municipal corporation;
   CITY OF ROCKLIN, a municipal corporation;
21 and DOES 1-25, inclusive, individually and in
   their official capacity as police officers for the
22 CITY OF LINCOLN and/or the CITY OF
   ROCKLIN; and DOES 26-50, inclusive,
23 individually and in their official capacity as
   employees for the Lincoln Police Department
24 and/or the Rocklin Police Department,

25
26
              Defendants.
27

28

1   THE COURT FINDS that it is reasonable and necessary to appoint a Guardian Ad Litem
2   for minor D.A.M., as requested.
3   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that ANGELA
4   MANDEVILLE is here by appointed as the Guardian Ad Litem for minor D.A.M. for the
5   reasons set forth in his Guardian Ad Litem application.
6   DATED: August 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE