**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant CITY OF LINCOLN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J.M.J., Successor-in-interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.AM., Successor-in-interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.J.M., Successor in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem CLAIRESSA FRAZIER; ANGELA MANDEVILLE, an individual, KIMBERLY WRIGHT, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF LINCOLN, a municipal corporation; CITY OF ROCKLIN, a municipal corporation; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY of LINCOLN and/or the CITY OF ROCKLIN; and DOES 26-50, inclusive, individually and in their official capacity as employees for the Lincoln Police Department and/or the Rocklin Police Department,<br><br>        Defendants.<br>_____/ | Case No. 2:22-cv-01167-KJM-DB<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT AND FILING OF AMENDED COMPLAINT**<br><br>Complaint Filed: 07/05/2022 |

Pursuant to E.D. Local Rule 144(a), Plaintiffs D.J.M.J., Successor-in-interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.AM., Successor-in-interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.J.M., Successor in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem CLAIRESSA FRAZIER; ANGELA MANDEVILLE, an individual, KIMBERLY WRIGHT, an individual, and Defendant CITY OF LINCOLN, through their respective counsel, agree that Defendant CITY OF LINCOLN need not respond to the Complaint, insofar as a result of meet and confer efforts, Plaintiffs will be filing an Amended Complaint no later than September 12, 2022.

**IT IS SO STIPULATED.**

Dated:  August 30, 2022                     PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                            By   /s/John R. Whitefleet
                                                 John R. Whitefleet
                                                 Attorneys for Defendant CITY OF
                                                 LINCOLN

Dated:  August 30, 2022                     THE WARD FIRM

                                            By   /s/Justin Ward (auth'd on 8/24/22)
                                                 Justin Ward
                                                 Attorneys for Plaintiffs

**ORDER**

Good cause appearing, Defendant CITY OF LINCOLN need not respond to the Complaint (ECF No. 1), insofar as Plaintiffs will be filing an Amended Complaint no later than September 12, 2022.

DATED:  August 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE