Justin L. Ward, Esq.   (State Bar No. 225363)
THE WARD FIRM
2121 Natomas Crossing Drive, Suite 200-389
Sacramento, CA 95834
Office (916) 443-2474
Facsimile (916) 209-8628
Email: thewardfirmca@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J.M.J., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.A.M., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.J.M., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem CLARISSA FRAZIER; ANGELA MANDEVILLE, an individual, KIMBERLY WRIGHT, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF LINCOLN, a municipal corporation; CITY OF ROCKLIN, a municipal corporation; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY OF LINCOLN and/or the CITY OF ROCKLIN; and DOES 26-50, inclusive, individually and in their official capacity as employees for the Lincoln Police Department and/or the Rocklin Police Department,<br><br>        Defendants. | Case No.: 2:22-cv-01167-KJM-DB<br><br>**STIPULATION REGARDING EXTENSION TO RESPOND TO COMPLAINT AND FILING OF AMENDED COMPLAINT** |

Pursuant to E.D. Local Rule 144(a), Plaintiffs D.J.M.J., Successor-in-Interest to /Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.A.M., Successor-in-Interest to Decedent DAVID JAMES /MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.J.M., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem CLAIRESSA FRAZIER; ANGELA MANDEVILL, an individual; KIMBERLY WRIGHT, an individual; Defendant CITY OF LINCOLN, through their respective counsel; and CITY OF ROCKLIN, through their respective counsel agree that Defendant CITY OF LINCOLN need not respond to the Complaint, insofar as a result of meet and confer efforts, all parties have agreed to an extension of time for Plaintiffs to file their Amended Complaint. The Amended Complaint is to be filed no later than October 3, 2022.

**IT IS SO STIPULATED.**

DATED:  September 12, 2022            THE WARD FIRM

                                      By _____/s/ Justin. L. Ward_____
                                           JUSTIN L. WARD, ESQ.
                                           Attorney for Plaintiffs

DATED: September 12, 2022             PORTER SCOTT
                                      A PROFESSIONAL CORPORATION

                                      By:__/s/ John R. Whitefleet (auth'd 9/12/22)
                                           JOHN R. WHITEFLEET
                                           Attorneys for Defendant
                                           CITY OF LINCOLN

DATED: September 12, 2022             ANGELO, KILDAY & KILDUFF, LLP

                                      By:__/s/ Derick E. Konz  (auth'd 9/12/22)_
                                           DERICK E. KONZ
                                           Attorneys for Defendant
                                           CITY OF ROCKLIN

**ORDER**

Good cause appearing, Defendant CITY OF LINCOLN need not respond to the Complaint (ECF No. 1), insofar as Plaintiffs have been granted an extension to file their Amended Complaint which will be filed no later than October 3, 2022.

DATED:  September 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE