UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J.M.J., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.A.M., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.J.M., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem CLARISSA FRAZIER; ANGELA MANDEVILLE, an individual, KIMBERLY WRIGHT, an individual, Plaintiffs, v.  CITY OF LINCOLN, a municipal corporation; CITY OF ROCKLIN, a municipal corporation; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY OF LINCOLN and/or the CITY OF ROCKLIN; and DOES 26-50, inclusive, individually and in their official capacity as employees for the Lincoln Police Department and/or the Rocklin Police Department, Defendants. | No. 2:22-cv-01167-KJM-DB<br><br>ORDER |

**Stipulation to Modify Briefing Schedule for Defendants' Motions to Dismiss**   Justin L. Ward, Esq
Mandeville, et al. v. City of Lincoln; City of Rocklin; and Does 1 through 50, inclusive.
Case No.: 2:22-cv-01167-KJM-DB

Good cause appearing, the new briefing schedule for Defendants' respective Motions to Dismiss Plaintiffs' Second Amended Complaint shall be as follows:

    Plaintiffs' Opposition, which is currently due on November 21, 2022, will be due on or before December 5, 2022.

    Defendant City of Lincoln's Reply, which is currently due on November 28, 2022, will be due December 12, 2022.

    Defendant City of Roseville's Reply, which is currently due on November 28, 2022, will be due December 12, 2022.

DATED: December 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**Stipulation to Modify Briefing Schedule for Defendants' Motions to Dismiss**    Justin L. Ward, Esq
Mandeville, et al. v. City of Lincoln; City of Rocklin; and Does 1 through 50, inclusive.
Case No.: 2:22-cv-01167-KJM-DB