1  DERICK E. KONZ , S.B.N 286902
       Email:  dkonz@akk-law.com
2  JACOB J. GRAHAM, S.B.N 340295
       Email: jgraham@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
   Telephone:  (916) 564-6100
6  Telecopier:  (916) 564-6263

7
   Attorneys for Defendant CITY OF ROCKLIN
8

9                  **UNITED STATES DISTRICT COURT**

10                 **EASTERN DISTRICT OF CALIFORNIA**

11

12  D.J.M.J., Successor-in-Interest to Decedent    )  Case No.: **2:22-cv-01167-DJC-SCR**
13  DAVID JAMES MANDEVILLE, SR.,                    )
                                 Plaintiffs,        )  **STIPULATION AND ORDER FOR**
14                                                  )  **DISMISSAL OF CITY OF ROCKLIN**
                          vs.                       )
15                                                  )
16  CITY OF LINCOLN, a municipal corporation;       )
    et, al,                                         )
17                              Defendants.         )

18  ///

19

20

21

22  ///

23

24

25  ///

26

27

28  ///

-1-
STIPULATION AND ORDER FOR DISMISSAL OF CITY OF ROCKLIN

1      Plaintiffs and Defendant City of Rocklin hereby stipulate to a dismissal of all claims against

2   the City of Rocklin with prejudice, each side to bear their own fees and costs.

3          **SO STIPULATED.**

4

5   Dated:  February 10, 2025                    ANGELO, KILDAY & KILDUFF, LLP

6                                                       */s/ Derick E. Konz*

7                                                By:_____
                                                      DERICK E. KONZ
8                                                     JACOB J. GRAHAM
                                                      Attorneys for Defendant CITY OF
9                                                     ROCKLIN

10

11
    Dated:  February 10, 2025                    THE WARD FIRM
12

13                                                     */s/ Justin L. Ward* (auth. on 2/10/25)
                                                 By:_____
14                                                    JUSTIN L. WARD
                                                      Attorneys for Plaintiffs
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2      All claims against he City of Rocklin are hereby dismissed with prejudice. The City of

3  Rocklin is dismissed from this action.

4      **SO ORDERED.**

5

6  Dated:  February 10, 2025                    /s/ Daniel J. Calabretta
                                                 _____
7                                                THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL OF CITY OF ROCKLIN