**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Matthew R. Mendoza, SBN 344482
mmendoza@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant CITY OF LINCOLN

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J.M.J., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem, ANGELA MANDEVILLE; D.A.M., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem ANGELA MANDEVILLE; D.J.M., Successor-in-Interest to Decedent DAVID JAMES MANDEVILLE, SR., by and through his Guardian Ad Litem CLAIRESSA FRAZIER; ANGELA MANDEVILLE, an individual, KIMBERLY WRIGHT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LINCOLN, a municipal corporation; CITY OF ROCKLIN, a municipal corporation; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY OF LINCOLN and/or the CITY OF ROCKLIN; and DOES 26-50, inclusive, individually and in their official capacity as employees for the Lincoln Police Department and/or the Rocklin Police Department.<br>    Defendants.<br>_____/ | CASE NO. 2:22-cv-01167-DJC-DB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CITY OF LINCOLN**<br><br><br><br><br><br><br>SAC Filed: 10/24/2022<br>FAC Filed: 10/03/2022<br>Complaint Filed: 07/05/2022 |

Plaintiffs and Defendant City of Lincoln hereby stipulate to a dismissal of all claims against the City of Lincoln with prejudice, each side to bear their own fees and costs.

Dated: February 25, 2025  PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
John R. Whitefleet
Matthew R. Mendoza
Attorney for Defendant

Dated: February 25, 2025  THE WARD FIRM

By  /s/ Justin L. Ward
Justin L. Ward
Attorney for Plaintiffs

### ORDER

All claims against the City of Lincoln are hereby dismissed with prejudice. The City of Lincoln is dismissed from this action.

**IT IS SO ORDERED.**

Dated:  February 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE